**Lindle LOVELESS, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

October 25, 1949.

H. K. Spear for movant.

A. E. Funk, Attorney General, and H. D. Reed, Jr., Assistant Attorney General, opposed.

PER CURIAM.

Motion for an appeal from the Boyle Circuit Court. Judgment of conviction for reckless driving and imposing fine of $50.00.

Appeal denied. Judgment affirmed.

---

**Marvin MOTE, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

October 28, 1949.

H. K. Spear for movant.

A. E. Funk, Attorney General, and William F. Simpson, Assistant Attorney General, opposed.

PER CURIAM.

Motion for an appeal from the Pulaski Circuit Court. Judgment of conviction for selling liquor in local option territory imposing a fine of $50 and confinement in jail for 30 days.

Appeal denied. Judgment affirmed.

---

**Yamon HAYNES, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

October 28, 1949.

V. R. Logan for movant.

A. E. Funk, Attorney General, opposed.

PER CURIAM.

Conviction in circuit court of movant for breach of peace with a fine of $100 and five days imprisonment in the county jail.

Appeal denied. Judgment affirmed.